**Appeal Dismissed and Memorandum Opinion filed July 10, 2018.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00122-CV

---

### MARTHA PATRICIA VALENCIA, Appellant

### V.

### THOMAS MCLENDON, INDIVIDUALLY AND AS OWNER AND REPRESENTATIVE OF YEAH YOU RIGHT ENTERPRISES, INC. D/B/A THE BIG EASY SOCIAL AND PLEASURE BAR, AND ANTHONY BAZILE, INDIVIDUALLY AND AS TRUSTEE OF BAZILE LIVING TRUST, Appellees

---

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-59455**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a final judgment signed November 28, 2017. On May 4, 2018, we ordered appellant to file a brief by June 4, 2018. We cautioned that if appellant failed to comply with our order, we would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

No brief or motion for extension of time to file the brief has been filed. Therefore, the appeal is **DISMISSED**.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Donovan and Brown